## STATE OF NORTH DAKOTA v. JOHN ANDOR.

### (127 N. W. 78.)

Filed June 3, 1910.   Rehearing denied June 21, 1910.

Appeal from District Court, Stark county; *A. G. Burr,* Special Judge.

John Andor was convicted of criminal contempt, and appeals.

Affirmed.

*McFarlane & Murtha, W. F. Burnett, H. C. Berry,* and *L. A. Simpson,* for appellant.

*Andrew Miller,* Attorney General, *Alfred Zuger, C. L. Young,* and *F. C. Heffron,* Assistant Attorneys General for the State.

PER CURIAM.   This is a criminal contempt proceeding involving questions in all respects similar to the questions involved in the case of State v. Heiser (this day decided by this court) ante, 357, 127 N. W. 72, and, it having been stipulated that this appeal abide the result in said case, it is accordingly ordered that the judgment of the District Court herein be affirmed.